UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA A. McDONOUGH,<br><br>                       Plaintiff,<br><br>  - against -<br><br>JPMORGAN CHASE BANK, N.A., successor in interest to THE CHASE MANHATTAN BANK, JPMORGAN CHASE & CO., JPMORGAN CHASE & CO. d/b/a JP MORGAN CHASE, N.A.,<br><br>                       Defendants. | ECF<br><br>08 Civ. 4429 (JSR) (FM)<br><br>**NOTICE OF APPEARANCE**<br><br>and<br><br>**JURY DEMAND** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff PATRICIA A. McDONOUGH which was removed by the defendants from New York Supreme Court.

I certify that I am admitted to practice in this Court and that I am listed on the Court's ECF system.

### JURY DEMAND

Pursuant to our conference with the Court on June 4, 2008 and as reflected in the Case Management Order of that date the Plaintiff has demanded a trial by jury.

Dated: August 27, 2008
       New York, New York

                                                 **LEFFLER MARCUS & McCAFFREY LLC**

                                                 By: BRIAN McCAFFREY, ESQ. (BM3910)
                                                 *Attorneys for Plaintiff*
                                                 200 Madison Avenue, Suite 1901
                                                 New York, New York 10016
                                                 (212) 489-8775

# CERTIFICATE OF SERVICE

I hereby certify that on  8/27/08  I served the foregoing Notice of Appearance and Jury Demand of Brian McCaffrey upon the following counsel via the ECF filing system and by US mail to the address below:

*FREDERIC L. LIBERMAN, Esq*
JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT
One Chase Manhattan Plaza, 26th Floor
New York, NY 10081
(212) 552-1815

Respectfully submitted,

BRIAN McCAFFREY, ESQ. (BM3910)
*Attorneys for Plaintiff*