UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA A. McDONOUGH,

                Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A., successor in interest to THE CHASE MANHATTAN BANK, JPMORGAN CHASE & CO., JPMORGAN CHASE & CO. d/b/a JP MORGAN CHASE, N.A.,

                Defendants.

ECF

08 Civ. 4429 (JSR) (FM)

**NOTICE OF APPEARANCE**

and

**JURY DEMAND**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff PATRICIA A. McDONOUGH which was removed by the defendants from New York Supreme Court.

I certify that I am admitted to practice in this Court and that I am listed on the Court's ECF system.

<u>**JURY DEMAND**</u>

Pursuant to our conference with the Court on June 4, 2008 and as reflected in the Case Management Order of that date the Plaintiff has demanded a trial by jury.

Dated: August 27, 2008
      New York, New York

                              **LEFFLER MARCUS & McCAFFREY LLC**

                              By: BRIAN McCAFFREY, ESQ. (BM3910)
                              *Attorneys for Plaintiff*
                              200 Madison Avenue, Suite 1901
                              New York, New York 10016
                              (212) 489-8775

# CERTIFICATE OF SERVICE

I hereby certify that on **8/27/08** I served the foregoing Notice of Appearance and Jury Demand of Brian McCaffrey upon the following counsel via the ECF filing system and by US mail to the address below:

*FREDERIC L. LIBERMAN, Esq*
JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT
One Chase Manhattan Plaza, 26th Floor
New York, NY 10081
(212) 552-1815

Respectfully submitted,

BRIAN McCAFFREY, ESQ. (BM3910)
*Attorneys for Plaintiff*